FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CESAR MARMOLEJOS, III,

Plaintiff,

v.

PULLMAN CITY POLICE DEPARTMENT,

Defendant.

No. 2:26-cv-210-EFS

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Complaint.[1] Plaintiff, an individual incarcerated at the Airway Heights Corrections Center, is proceeding *pro se* and *in forma pauperis.*[2] Defendant has not been served in this action.

---

[1] ECF No. 14.

[2] ECF No. 6.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 14**, is **GRANTED.**

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

3. The Court certifies that any appeal of this dismissal would not be taken in good faith.

4. The Clerk of Court is directed to **CLOSE** the file.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, **enter judgment without prejudice,** and provide a copy to Plaintiff.

DATED this 28th day of September 2026.

EDWARD F. SHEA
Senior United States District Judge