AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Cesar Marmolejos III
*Plaintiff*
v.
Pullman City Police Department
*Defendant*

Civil Action No. 2:26-cv-00210-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Pursuant to the Order at ECF No. 15, Plaintiff's Motion at ECF No. 14, is GRANTED. Plaintiff's Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE. The Court certifies that any appeal of this dismissal would not be taken in good faith.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 9/29/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*